UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In Re:   Gertha D. Mobley                                              Chapter 13
                                                                       Case No. ___
Debtor.

## Chapter 13 Plan

Address:       Debtor   4964 Barkshire Dr., Memphis, TN 38141

Plan Payment:

Debtor Shall Pay: $ 990.00   Monthly        By: Social Security        (X) Direct Pay
   Or by:  ( ) Payroll Deduction

1. This Plan [Rule 3015.1 Notice]:

   (A) Contains a Non-standard Provision [See provision 19].                          (X) Yes   ( ) No

   (B) Limits the Amount of a Secured Claim Based on a Valuation of the Collateral for the Claim   ( ) Yes   (X) No
       [See provisions 7 and 8].

   (C) Avoids a Security Interest or Lien. [See provision 12].                        ( ) Yes   (X) No

2. Administrative Expenses: Pay Filing Fee and Debtor Attorney's Fee Pursuant to Confirmation Order.

3. Auto Insurance:      ( ) Included in Plan      Or (X) Not Included in Plan if proof provided by Debtor

4. Domestic Support Paid By:  ( ) Debtor Directly  ( ) Wage Assignment    ( ) Trustee To:         Monthly Pmt.
   _____  ongoing payment begins  _____

5. Priority Claims:                                                                               Monthly Pmt.
   _____  Amount  _____
   _____  Amount  _____

6. Home Mortgage Claims:    ( ) Paid Directly by Debtor or ( X ) Paid by Trustee To:              Monthly Pmt.
   Fay Servicing                ongoing payment begins   February 2019                            $494.97
                                Approximate arrearage   $19,817.00    Interest    0.00%          $331.00
   _____      ongoing payment begins  _____
                                Approximate arrearage   _____  Interest  _____  _____

7. Secured Claims [Retain Lien 11 U.S.C. §1325 (a)(5)]:    Collateral Value    Interest Rate    Monthly Pmnt.
   _____   _____   _____   _____

8. Secured Automobile Claims for Debt Incurred Within 910 Days of Filing, and Other Secured Claims for Debt Incurred Within One Year of Filing [Retain Lien 11 U.S.C. §1325 (a)(5)]:

                                                                      Collateral Value       Interest Rate       Monthly Pmnt.

9. Secured Claims for Which Collateral Will Be Surrendered; Stay Is Terminated Upon Confirmation for the Limited Purpose of Gaining Possession and Commercially Reasonable Disposal of Collateral:

                                          Collateral

10. Special Class Unsecured Claims:                  Collateral Value       Interest Rate       Monthly Pmnt.

11. Student Loan Claims and Other Long Term Claims:

                                                      ( ) Not Provided For    ( ) General Unsecured Creditor

12. The Judicial Liens or Non-possessory, Non-purchase Money Security Interests Held by the Following Creditors Are Avoided to the Extent Allowable Pursuant to 11 U.S.C. §522(f):

13. Absent a Specific Court Order Otherwise, All Timely Filed Claims, Other than Those Specifically Provided for Above, Shall Be Paid as General Unsecured Claims.

14. Estimated Total General Unsecured Claims: _____.

15. The Percentage to Be Paid to Non-priority, General Unsecured Claims Is:    ( ) _____ ;
Or  (X) Trustee Shall Determine the Percentage to Be Paid after Passage of Final Bar Date.

16. This Plan Assumes or Rejects Executory Contracts:

                                                                    ( ) Assume    ( ) Reject

17. Completion:    Plan shall be completed upon payment of the above, approximately _60_ months.

18. Failure to Timely File a Written Objection to Confirmation Shall Be Deemed Acceptance of Plan.

19. Non-standard Provisions:
    For the purposes of provision 8, all collateral will be assumed to have exceeded the time limits set forth in the hanging paragraph following § 1325(a)(9), unless the debtor is in possession of the original contract

    Any Non-standard Provision Stated Elsewhere Is Void.

20. Certification: This Plan Contains No Non-standard Provisions Except Those Stated in Provision 19.

    /s/ Jimmy E. McElroy  TN Bar #011908        Date   November 5, 2018
    Debtor's Attorney's Signature

November 6, 2018

910 > May 10, 2016